In the Matter of TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent.

RIDGE HOLDING CORPORATION, Appellant.

Argued May 25, 1942; decided June 18, 1942.

*Benjamin Lichtman* for appellant.

*I. Nathanson* and *Sidney D. Young* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.